In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00272-CV

_____

CITY OF BEAUMONT, Appellant

V.

JOSEPH FAZIO, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 129808

MEMORANDUM OPINION

On August 9, 2018, we abated this accelerated appeal and remanded the case to the trial court for rendition of an agreed final judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(C). On August 20, 2018, the appellant, the City of Beaumont, filed an unopposed motion to dismiss its appeal. According to the City, the trial court signed an agreed final judgment on August 14, 2018.

1

The appeal is hereby reinstated. The motion to dismiss the appeal is granted and the appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.